# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0901.  RUTH FALLS-MILLER v. SAVANNAH-CHATHAM COUNTY BOARD OF EDUCATION.**

Ruth Falls-Miller filed this direct appeal seeking review of the trial court's order affirming the decision of the State Board of Education.  We lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of a local administrative agency must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (1). Because Falls-Miller failed to follow the discretionary appeal procedure as required, this appeal is ordered DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/21/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*